David EYLAR, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 73524.

Missouri Court of Appeals,
Western District.

May 29, 2012.

Ruth Sanders, Kansas City, MO, for appellant.

Shaun J. Mackelprang and John Winston Grantham, Jefferson City, MO, for respondent.

Division Three: JAMES M. SMART, JR., P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM:

David Eylar appeals the denial of his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).